HARRY S. COLE, Appellant-Respondent, v. THOMAS EPSTEIN et al., Respondents-Appellants, and 25 RIVER ROAD CORP., Appellant-Respondent, et al., Defendants.

976

Concur — Steuer, J. P., Tilzer, Rabin, McNally and McGivern, JJ.